IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stewart, Travelle K

Printed: 11/20/07

Case Number: 07 B 10847
Judge: Hollis, Pamela S
Filed: 6/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,383.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,383.00 |
| Totals: | 1,383.00 | 1,383.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 24,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 6,882.14 | 0.00 |
| 4. | Sallie Mae | Unsecured | 1,082.68 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 2,186.60 | 0.00 |
| 6. | Illinois Child Support | Priority |  | No Claim Filed |
| 7. | Unv Fidity | Unsecured |  | No Claim Filed |
| 8. | Credit Management Service | Unsecured |  | No Claim Filed |
| 9. | First Premier | Unsecured |  | No Claim Filed |
| 10. | Professional Account Management | Unsecured |  | No Claim Filed |
| 11. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 12. | ACS | Unsecured |  | No Claim Filed |
| 13. | Sm Servicing | Unsecured |  | No Claim Filed |
| 14. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 34,151.42 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stewart, Travelle K

Printed: 11/20/07

Case Number: 07 B 10847
Judge: Hollis, Pamela S
Filed: 6/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                Marilyn O. Marshall, Trustee, by:

                                                _Denise Ashley_